**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHEILA PAULOS,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **NORDSTROM RACK, NORDSTROM** | **NO.  19-5562** |
| **RACK CHESTNUT STREET AND** | |
| **NORDSTROM, INC.,** | |
| **Defendants.** | |

**<u>O R D E R</u>**

        **AND NOW**, this 4th day of August, 2021, upon consideration of Defendant Nordstrom

Rack's Motion for Summary Judgment (ECF 18) and Plaintiff Sheila Paulos' Response thereto

(ECF 19), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.


                **BY THE COURT:**


                **/s/Wendy Beetlestone, J.**

                _____
                **WENDY BEETLESTONE, J.**